IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTHERN OKLAHOMA

| | |
|---|---|
| (1) TONY ALMEIDA, (2) LESLIE ALMEIDA, (3) CARY CUYLER, (4) SUSAN CUYLER, (5) LANA GARDNER, (6) CHARLES GARDNER, (7) CHRISTIAN LARSEN, (8) KAREN B. LARSEN, (9) THOMAS RIBAUDO, and (10) CORI RIBAUDO, Individually and on Behalf of All Others Similarly Situated,<br><br>         Plaintiffs,<br><br>v.<br><br>(1) BOKF, NA, d/b/a BANK OF OKLAHOMA,<br><br>         Defendants. | 17-cv-00126-JED-FHM |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Tony Almeida, Leslie Almeida, Christian Larsen, and Karen B. Larsen hereby dismiss with prejudice to refiling all claims made herein, each party to bear their own costs and fees.

RESPECTFULLY SUBMITTED,

s/Mary B. Abernathy
Randall K. Calvert, OBA #14154
Mary B. Abernathy, OBA #13254
Andrew R. Davis, OBA #32763
CALVERT LAW FIRM
1041 NW Grand Boulevard
Oklahoma City, Oklahoma 73118
Telephone: (405) 848-5000
Facsimile: (405) 607-3070

*Counsel for Plaintiffs Tony Almeida, Leslie Almeida, Christian Larsen, and Karen B. Larsen*

        s/ Jared M. Burden
Frederic Dorwart, OBA # 2436
James Higgins, OBA # 18570
Nora O'Neill, OBA # 19901
Jared M. Burden, OBA # 30026
FREDERIC DOR, LAWYERS PLLC
Old City Hall
124 E. Fourth Street
Tulsa, Oklahoma  74103
(918) 583-9922 – Telephone
(918) 583-8251 – Facsimile

*Counsel for Defendant BOKF, NA*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 18 day of December, 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the applicable ECF registrants.

        s/Mary B. Abernathy
Mary B. Abernathy