IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) TONY ALMEIDA, (2) LESLIE ALMEIDA, (3) CARY CUYLER, (4) SUSAN CUYLER, (5) LANA GARDNER, (6) CHARLES GARDNER (7) CHRISTIAN LARSEN, (8) KAREN B. LARSEN, (9) THOMAS RIBAUDO, and (10) CORI RIBAUDO, Individually and on Behalf of All Others Similarly Situated, <br><br>    Plaintiffs, <br><br>v. <br><br>(1) BOKF, NA, d/b/a BANK OF OKLAHOMA, <br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) Case No. 17-cv-00126-JED-FHM ) (CLASS ACTION) ) ) ) ) ) |

## ACCEPTANCE OF OFFER OF JUDGMENT BY PLAINTIFFS CARY CUYLER, SUSAN CUYLER, LANA GARDNER, CHARLES GARDNER, THOMAS RIBAUDO AND CORI RIBAUDO

To:   Frederic Dorwart
      James Allen Higgins
      Jared Michael Burden
      Nora Rose O'Neill
      FREDERIC DORWART, LAWYERS PLLC
      Old City Hall
      124 E. Fourth Street
      Tulsa, Oklahoma 74103
      *Attorneys for Defendant BOKF, NA,*
      *d/b/a Bank of Oklahoma*

You are notified that Plaintiffs, Cary Cuyler, Susan Cuyler, Lana Gardner, Charles Gardner, Thomas Ribaudo and Cori Ribaudo, accept the offers of judgment made by Defendant, BOKF, NA, d/b/a Bank of Oklahoma ("BOKF"), served on September 22, 2020, pursuant to FED.R.CIV.P. 68 and OKLA.STAT. tit. 12, §1101.1(B), to allow judgment in this action to be taken against Defendant and in favor of the individual Plaintiffs, Cary Cuyler, Susan Cuyler, Lana Gardner, Charles Gardner,

Thomas Ribaudo and Cori Ribaudo, in the amount of $10,000 each, inclusive of costs and attorney fees. Pursuant to the Court's December 17, 2020 Order [Doc 57] (the "Order"), Plaintiffs' time to respond to BOKF's offers was extended for seven (7) days from the date of the Order. Copies of the Offers of Judgment are attached hereto as Exhibits 1-6, respectively.

                                                      Respectfully submitted,

                                                     s/Mary B. Abernathy
Randall K. Calvert, OBA #14154
Mary B. Abernathy, OBA #13254
Andrew R. Davis, OBA #32763
CALVERT LAW FIRM
1041 NW Grand Boulevard
Oklahoma City, Oklahoma 73118
Telephone: (405) 848-5000
Facsimile: (405) 607-3070
rcalvert@calvertlaw.com
mabernathy@calvertlaw.com
adavis@calvertlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of December, 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record here:

Frederic Dorwart
James Allen Higgins
Jared Michael Burden
Nora Rose O'Neill
FREDERIC DORWART, LAWYERS PLLC
Old City Hall
124 E. Fourth Street
Tulsa, Oklahoma 74103
*Attorneys for Defendant BOKF, NA,*
*d/b/a Bank of Oklahoma*
fdorwart@fdlaw.com
jhiggins@fdlaw.com
jburden@fdlaw.com
noneill@fdlaw.com

*Attorneys for Defendant BOKF, NA,*
*d/b/a Bank of Oklahoma*

 s/Mary B. Abernathy
MARY B. ABERNATHY